FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 3 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT[1]

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ANGELICA DOMINGUEZ** and )<br>**BILLIE JO GUSSLER,** )<br>)<br>Defendants. ) | CRIMINAL NO. 24-186 MLG<br><br>18 U.S.C. §§ 1152 and 661: Theft in Indian Country. |

## INDICTMENT

The Grand Jury charges:

On or about May 22, 2022, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendants, ANGELICA DOMINGUEZ and BILLIE JO GUSSLER, non-Indians, did take and carry away with the intent to steal and purloin, property belonging to Camel Rock Valero, a business owned and operated by the Tesuque Pueblo, and the property had a value exceeding $1,000.00.

In violation of 18 U.S.C. §§ 1152 and 661.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney