IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 24-186-MLG |
| vs. | ) | |
| ANGELICA DOMINGUEZ, | ) | |
| Defendant. | ) | |

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the SANTA FE COUNTY DETENTION CENTER, SANTA FE, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the SANTA FE COUNTY DETENTION CENTER, SANTA FE, New Mexico, to surrender ANGELICA DOMINGUEZ, Inmate Number. 339744, Booking # 24-002635, y/o/b 1984, to the United States Marshal for the District of New Mexico or her representative, in order that ANGELICA DOMINGUEZ may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable Judge Jennifer M. Rozzoni, United States Magistrate Judge, on Wednesday, July 10, 2024, at 9:30 am.

ANGELICA DOMINGUEZ is to remain in the custody of the United States Marshal or her authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
United States MAGISTRATE Judge