**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQIJE, NEW MEXICO

JUN 2 4 2024

MITCHELL R. ELFERS
CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Angelica Dominguez | ) Case No.   CR 24-186 MLG |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angelica Dominguez                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1152 and 661: Theft in Indian Country.

Date:    02/13/2024

*C. Padilla*
*Issuing officer's signature*

City and state:    Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 6/18/24 , and the person was arrested on *(date)* 6/18/24 at *(city and state)* Tesuqoe, NM . | |
| Date: 6/18/24 | *[signature]* *Arresting officer's signature* |
| | Carlos Evans, Sergeant #1302 *Printed name and title* |