AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 4 2024

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Billie Jo Gussler | ) | Case No. CR 24-186 MLG |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Billie Jo Gussler,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1152 and 661: Theft in Indian Country.

Date:   02/13/2024

_C. Padilla_
*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 06/18/24, and the person was arrested on *(date)* 06/18/24
at *(city and state)* Tesuque, NM.

Date: 06/18/24

_[signature]_
*Arresting officer's signature*

Jaclee M Lopez  Patrolman
*Printed name and title*