**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 24-CR-186 MLG | UNITED STATES vs. Dominguez, et al | |
| Hearing Date: | 6/26/2024 | Time In and Out: | 9:59 a.m./10:31 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Angelica Dominguez | Defendant's Counsel: | Emily Carey |
| AUSA: | Margaret Tomlinson | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | N/A | Witness: | |

| Proceedings | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: Tuesday, July 16, 2024 |

| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |
|---|---|---|---|---|---|

| ☒ | Case assigned to: Judge Garcia | | |
|---|---|---|---|
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| ☐ | Defendant waives right to contest detention | | |

| ☒ | AUSA-proffers detention; FPD-proffers release; US Pretrial Officer Pirkovic addresses the court; AUSA-responds; Court-findings; US Probation Officer Cde Baca addresses the court, requests time to vet residence; Court grants Officer Cde Baca's request; Defense-responds; Court-continues findings, court will stay release order pending confirmation from pretrial services that home is suitable for release; AUSA-responds. |
|---|---|

| Custody Status | |
|---|---|
| ☒ | Defendant detained pending confirmation from pretrial services that the home is suitable for release | |
| ☒ | Conditions of release imposed | Stayed pending confirmation from pretrial services that the home is suitable for release |

| Other | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |