# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Angelica Dominguez**                                    Docket No. 1:24CR00186-001MLG

Petition for Action on Conditions of Pretrial Release

COMES NOW **Beatrice Manzanares** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Angelica Dominguez,** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on July 5, 2024, with conditions which included the following:

> 7(p)(ii): The defendant must participate in one of the following restriction programs and comply with its requirements as directed. Home Detention: You are restricted to your entire residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the pretrial services office or supervising officer.
>
> 7(q)(iv): The defendant must submit to the following location monitoring technology and comply with its requirements as directed: GPS.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On July 11, 2024, at approximately 3:53 p.m., USPO received two global positioning system (GPS) alerts indicating a strap tamper and a proximity tamper alert. These alerts are indicative of the unit being removed. The defendant did not have permission to remove the GPS unit device. USPO called the defendant but there was no answer. A voicemail message was left with an instruction to contact this officer immediately. This officer attempted another call and this time the call went straight to voicemail. A text message was sent with an instruction to call this officer immediately. The phone calls and text messages from this officer happened at 3:58p.m., 4:03p.m., 4:04p.m., and 4:26p.m., all of which were unsuccessful contacts. At the time of this petition, the defendant had not contacted USPO. The tracker was located in a large commercial dumpster at Papa Felipe's restaurant and the strap appeared to be cut. The defendant's whereabouts are currently unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **July 11, 2024**

_____
**Beatrice Manzanares**
**United States Probation Officer**

Place: **Albuquerque, New Mexico**