IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-CR-186-MLG |
| ) | |
| BILLIE JO GUSSLER, ) | |
| ) | |
| Defendant. ) | |

**<u>UNOPPOSED MOTION TO MODIFY JUDGMENT</u>**

COMES NOW, Defendant Billie Jo Gussler by the undersigned counsel and respectfully requests this Court to Modify the Judgment entered in this case wherein the following is shown:

1. On September 4, 2025 this Court sentenced Ms. Gussler in the above-captioned matter at the same time that Ms. Gussler's co-defendant, Angelica Dominguez, was sentenced.

2. Defense counsel intended to ask this Court to include language in the Judgment that would make Ms. Gussler eligible for the federal suboxone program because she would qualify for that program if recommended by the sentencing judge as this Court did for Ms. Dominguez.

3. This Court included "Defendant participate in the Medication Assisted Treatment Program" in Ms. Dominguez's Judgment which, upon information and belief, made her eligible for the suboxone program.

4. This Court is respectfully requested to file an amended judgment for Ms. Gussler which contains the same wording.

5. Counsel for the United States does not object to this motion.

1

Respectfully submitted

//s// Michael L. Rosenfield
Michael L. Rosenfield
P.O. Box 25652
Albuquerque, NM 87125
505/553-0924
Rosenfieldlawoffice@gmail.com
Counsel for Defendant

I hereby certify that opposing counsel will receive this document once it is efiled on 9/30/2025.

//s// Michael L. Rosenfield
Michael L. Rosenfield
Counsel for Defendant